1  KEVIN V. RYAN, CSBN 118321
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6915
      FAX: (415) 436-6927
7
   Attorneys for Respondent
8

9                 UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                   SAN FRANCISCO DIVISION

12

13 JUAN JOSE MORALES CHAVEZ,         )         No. C 06-4928-MMC
                                    )
14         Petitioner,               )
                                    )
15    v.                              )         **STIPULATION TO DISMISS; AND ORDER**
                                    )
16 U.S. DEPARTMENT OF HOMELAND      )
   SECURITY, CITIZENSHIP AND        )
17 IMMIGRATION SERVICES,            )
                                    )
18         Respondent.              )
   _____  )

19    The petitioner, by and through his attorney of record, and respondent, by and through its

20 attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-

21 entitled action without prejudice to filing a new petition should that become necessary, in light of

22 the fact that the United States Citizenship and Immigration Services has agreed to re-open the

23 petitioner's naturalization case and re-adjudicate the petitioner's naturalization application within

24 30 days of the dismissal of this action.

25    Each of the parties shall bear their own costs and fees.

26

27

28

STIPULATION TO DISMISS AND PROPOSED ORDER
C 06-4928-MMC                                         1

Date:  October 11, 2006              Respectfully submitted,

                                      KEVIN V. RYAN
                                      United States Attorney


                                          /s/
                                      EDWARD A. OLSEN[1]
                                      Assistant United States Attorney
                                      Attorneys for Respondent



Date:  October 11, 2006                   /s/
                                      J. HERNANDO PRADO
                                      Law Offices of J. Hernando Prado
                                      Attorney for Petitioner



**ORDER**

    Pursuant to stipulation, IT IS SO ORDERED.


Date:  October 16, 2006              _____
                                      MAXINE M. CHESNEY
                                      United States District Judge

---

    [1]I, Edward A. Olsen, attest that J. Hernando Prado and I have signed this stipulation to dismiss.

STIPULATION TO DISMISS AND PROPOSED ORDER
C 06-4928-MMC                                    2